IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIRVANA DURBAL, on behalf of herself and those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSOCIATION OF AMERICAN MEDICAL COLLEGES,<br><br>*Defendant*. | Case No. 1:25-cv-2537-AHA |

**Joint Motion to Extend Time for Responding to Complaint, Set Briefing Schedule, and Stay All Other Deadlines**

Plaintiff Nirvana Durbal, on behalf of herself and those similarly situated ("Plaintiff"), has filed this action against the Association of American Medical Colleges ("Defendant" or "AAMC," and together with Plaintiff, the "Parties"). The Parties, by and through their respective undersigned counsel—and without waiving any rights, claims, or defenses, including but not limited to any jurisdictional defenses—have conferred regarding an appropriate schedule for preliminary proceedings in this matter. The Parties have agreed on, and respectfully request that the Court enter, (1) an extension of time for Defendant to respond to Plaintiff's Complaint; (2) a briefing schedule for Defendant's anticipated motion to dismiss; and (3) a stay of all other deadlines pending resolution of that motion to dismiss. The Parties respectfully submit that good cause exists for their request, for the reasons that follow:

1.   Plaintiff filed this antitrust putative class action on August 4, 2025, and served Defendant on August 7, 2025. *See* ECF No. 4. Accordingly, Defendant's response to the Complaint is currently due on August 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

1

2. The Parties met and conferred shortly after undersigned counsel for Defendant were retained and agreed that it would be appropriate to extend the amount of time for Defendant to respond to the Complaint, and to further extend the other briefing deadlines associated with any motion to dismiss the Complaint.

3. Accordingly, the Parties respectfully request that the Court enter the following briefing schedule:

   a. October 9, 2025 – Defendant's motion to dismiss or other response to the Complaint

   b. November 18, 2025 – Plaintiff's opposition to any motion to dismiss

   c. December 22, 2025 – Defendant's reply brief in support of any motion to dismiss

4. Good cause exists for the requested extension and briefing schedule. Plaintiff has pleaded three claims under the federal antitrust laws and one claim under the D.C Consumer Protection Procedures Act. *See* ECF No. 1 ¶¶ 102-68. Defendant intends to move to dismiss those claims in their entirety, which Plaintiff will oppose. The Parties respectfully submit that the proposed extension and schedule will better enable the Parties to brief a motion to dismiss. This is the Parties' first requested extension.

5. The Parties have also conferred and agreed that it would be most efficient for both the Parties and the Court to stay all other deadlines in this matter pending resolution of any motion to dismiss that is filed. In particular, aside from the briefing schedule set forth above, the Parties agree that all other pre-trial deadlines should be stayed, including but not limited to any obligation to conduct a conference pursuant to Federal Rule of Civil Procedure 26(f), any discovery deadlines, as well as the deadline set forth in Local Civil Rule 23.1(b), which would otherwise require a motion for class certification within 90 days of the filing of the Complaint. The Parties jointly agree that it would be most efficient first to resolve any motion to dismiss

before proceeding with such matters.

6. Accordingly, the Parties respectfully request that the Court enter the above proposed briefing schedule for Defendant's anticipated motion to dismiss, and a stay of all other deadlines pending resolution of that motion to dismiss. A proposed order is attached.


Dated: August 22, 2025 Respectfully submitted,

/s/ Michael Burns /s/ Douglas E. Litvack
Michael Burns (D.C. Bar No. 1026759) Douglas E. Litvack (D.C. Bar No. 1024873)
HILGERS GRABEN PLLC Lindsay C. Harrison (D.C. Bar No. 977407)
601 Pennsylvania Ave. N.W. Jariel A. Rendell (Pro Hac Vice Forthcoming)
South Building, Suite 900 Daniel Schwei (Pro Hac Vice Forthcoming)
Washington, D.C. 20004 JENNER & BLOCK LLP
Telephone: 202-985-1664 1099 New York Avenue, NW, Suite 900
mburns@hilgersgraben.com Washington, DC 20001
 (202) 639-6000
William Burgess dlitvack@jenner.com
(Pro Hac Vice Application Filed) lharrison@jenner.com
1372 Peachtree Street NE jrendell@jenner.com
Atlanta, GA 30309 dschwei@jenner.com
Telephone: 404-595-7747
wburgess@hilgersgraben.com *Attorneys for Defendant*

Bennett Rawicki
(Pro Hac Vice Application Filed)
7859 Walnut Hill Lane, Suite 335
Dallas, TX 75230
Telephone: 469-640-6842
brawicki@hilgersgraben.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: August 22, 2025                 */s/ Douglas E. Litvack*
                                         Douglas E. Litvack