IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NIRVANA DURBAL, on behalf of herself and those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ASSOCIATION OF AMERICAN MEDICAL COLLEGES,<br><br>*Defendant*. | Case No. 1:25-cv-2537-AHA |

**[Proposed] ORDER**

The Court, upon review of the parties' Joint Motion to Extend Time for Responding to the Complaint, Set Briefing Schedule, and Stay All Other Deadlines, and for good cause shown, hereby **ORDERS** that the parties' motion is **GRANTED**; and further **ORDERS** as follows:

1. The following deadlines and briefing schedule shall apply to Defendant's response to the Complaint and any motion to dismiss filed by Defendant:

    a. October 9, 2025 – Defendant's motion to dismiss or other response to the Complaint

    b. November 18, 2025 – Plaintiff's opposition to any motion to dismiss

    c. December 22, 2025 – Defendant's reply brief in support of any motion to dismiss

2. All other deadlines in this matter are hereby **STAYED** pending resolution of any motion to dismiss that is filed. These stayed deadlines include the parties' obligation to conduct a conference pursuant to Federal Rule of Civil Procedure 26(f), any discovery deadlines, and the

deadline set forth in Local Civil Rule 23.1(b), which would otherwise require a motion for class certification within 90 days of the filing of the Complaint.

**SO ORDERED.**

Dated: August _____, 2025

_____
AMIR H. ALI
United States District Judge