# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIRVANA DURBAL**, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ASSOCIATION OF AMERICAN MEDICAL COLLEGES**,<br><br>Defendant. | Case No. 25-cv-2537 |

## MOTION FOR ADMISSION OF DANIEL SCHWEI TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(e), Douglas E. Litvack, a member in good standing of the Bar of this Court, moves for the admission and appearance of attorney Daniel Schwei, *pro hac vice*, as counsel for Defendant in the above-entitled action. This motion is supported by the Declaration of Daniel Schwei, filed herewith.

Dated: August 28, 2025

Respectfully submitted,

*/s/ Douglas E. Litvack*
Douglas E. Litvack (DC Bar No. 1024873)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-600
dlitvack@jenner.com
*Counsel for Defendant*

1

2

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1, Defendant's counsel conferred with counsel for Plaintiff on August 28, 2025. Defendant's counsel has indicated that he is not opposed to this motion.

/s/ *Douglas E. Litvack*
Douglas E. Litvack
