UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIRVANA DURBAL**, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ASSOCIATION OF AMERICAN MEDICAL COLLEGES**,<br><br>Defendant. | Case No. 25-cv-2537 |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION OF DANIEL SCHWEI TO APPEAR *PRO HAC VICE***

Upon consideration of the Motion for Admission of Daniel Schwei to Appear *Pro Hac Vice* ("Motion") in the above captioned matter, and finding that good cause exists to grant to Motion, it is hereby,

ORDERED that the Motion is GRANTED, and it is further,

ORDERED that Daniel Schwei be admitted *pro hac vice* as counsel for Defendant Association of American Medical Colleges.

SO ORDERED this ____ day of _____, 2025.

_____
Honorable Judge Amir H. Ali
United States District Judge

1