AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Nirvana Durbal, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-02537-AHA |
| Association of American Medical Colleges, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Association of American Medical Colleges.

Date: 10/21/2025

/s/ Jariel A. Rendell
*Attorney's signature*

Jariel A. Rendell (1027023)
*Printed name and bar number*

1099 New York Avenue, NW, Suite 900
Washington, DC 20001
*Address*

JRendell@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*